IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONYA CRUMP** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLIED INTERSTATE, LLC** | : | **NO. 15-3593** |

## O R D E R

**AND NOW, TO WIT:** This 2nd day of October, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

The **Initial Pretrial Conference** scheduled in this matter for Monday morning, October 5, 2015, at 10:00 a.m. has been **CANCELLED.**

                                                              **MICHAEL E. KUNZ**, Clerk of Court


                            **BY:**       S/Rose A. Barber
                                                Rose A. Barber
                                                Deputy Clerk

Copies sent by ECF to:
Christine M. Debevec
Cynthia Z. Levin
Ian M. Long